UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

KYLE W. MALBONE
*on behalf of* Karen M. Alsaleh,

                              Plaintiff,

v.

MICHAEL J. ASTRUE,
*Commissioner, Social Security Administration*,

                              Defendant.

Action No. 3:10-CV-575

**ORDER**

THIS MATTER is before the Court on Kyle W. Malbone's objections to Judge Dohnal's Report and Recommendation affirming the Social Security Administration's denial of his mother's applications for Social Security Disability and Supplemental Security Income payments. (Doc. No. 13.) For the reasons stated in the accompanying Memorandum Opinion, the Court OVERRULES Malbone's objection and ADOPTS Judge Dohnal's R&R (Doc. No. 12) as the ruling of this Court. Accordingly, Malbone's Motion for Summary Judgment, or in the Alternative, Motion for Remand (Doc. Nos. 6 and 7) is DENIED, the Commissioner's Motion for Summary Judgment (Doc. No. 9) is GRANTED, and the Commissioner's decision denying benefits is AFFIRMED.

Let the Clerk send a copy of this Order to all counsel of record.

It is SO ORDERED.

_____/s/_____
James R. Spencer
Chief United States District Judge

ENTERED this __10th__ day of August 2011